

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00769-CV

Joan **O'NEILL**,
Appellant

v.

**RANDA RECONSTRUCTION, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI14519
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

SIGNED February 5, 2020.

Irene Rios, Justice